MORRIS S. ALEXANDER, APPELLANT, v. SIMON MILLER AND PAULINE MILLER, RESPONDENTS.

Argued October 24, 1930—Decided April 17, 1931.

For the appellant, *Harry Levin*.

For the respondent, *Milton M. Unger*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion *per curiam* in the Supreme Court.

*For affirmance*—TRENCHARD, LLOYD, CASE, BODINE, DALY, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR, JJ.   10.

*For reversal*—None.